UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

Luperio Naranjo

---

ORDER

13   CR 351 (JSR)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Luperio Naranjo, Reg # (68305) -054, be released from custody, The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

11/10/20
Date